# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

COLUMBUS CHRIS WILLIAMS

NO. 2024 KW 0239

**MAY 20, 2024**

---

In Re:    Columbus Chris Williams, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 2004-FELY-423851.

---

**BEFORE:**    **McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**  Relator does not seek review of a ruling by the lower court or request mandamus relief for the court's failure to act.  Thus, this writ application presents nothing for this court to review.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT